# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL LEE, as the Administrator of the Estate of RAVEN E. LEE, | : NO.<br>:<br>: CIVIL ACTION – LAW |
| Plaintiff | : |
| v. | : JURY TRIAL DEMANDED |
| GOLF TRANSPORTATION, INC., OCONNOR TRUCKING, INC., JP LOGISTICS, INC., CAMPBELL SOUP SUPPLY CO., and COYOTE LOGISTICS, LLC, | : (Unassigned)<br>:<br>: |
| Defendants | |

## NOTICE OF REMOVAL OF ACTION

Defendant, O'Connor Trucking Inc., by and through its undersigned attorneys, Johnson, Duffie, Stewart & Weidner, P.C., gives notice of the removal to this Court of a state civil action pending in the Court of Common Please of Philadelphia County, Pennsylvania, and in support thereof, avers as follows:

1. A civil action has been brought against the Defendants by the Plaintiff and is pending in the Court of Common Pleas of Philadelphia County Docket No. 2108-01750. See, *Complaint*, attached hereto as Exhibit "A".

2. The state court, wherein this action was originally filed, is located in Philadelphia, Philadelphia County, Pennsylvania, which is embraced within this judicial district.

3. Plaintiff is a Nevada resident. See, Exhibit "A", ¶1.

4. Plaintiff is Administrator of the Estate of Raven E. Lee, decedent, who was a resident of Pennsylvania. See, Exhibit "A" ¶ 2 – 3.

5. The Complaint avers that the Defendants in this action are citizens of states other than Pennsylvania and Nevada. See, Exhibit "A" ¶¶ 4, 7, 10, 13, and 16.

6. Defendant Golf Transportation is allegedly an Illinois Corporation. See, Exhibit "A" ¶ 4.

7. Defendant O'Connor Trucking, Inc., is allegedly an Illinois corporation. See, Exhibit "A" ¶ 7.

8. Defendant, JP Logistics, Inc., is allegedly an Illinois corporation. See, Exhibit "A" ¶ 10.

9. Defendant, Coyote Logistics, LLC, is allegedly an Illinois limited liability company. See, Exhibit "A" ¶ 13.

10. Defendant, Campbell Soup Supply Co., is allegedly a New Jersey corporation. See, Exhibit "A" ¶ 16.

11. Plaintiff avers in his Complaint that Raven Lee died as a result of this accident. See, Exhibit "A" ¶ 59.

12. Plaintiff avers in his Complaint that he has sustained damages, plead as:

   a. Funeral and burial expenses;

   b. Costs of Estate administration;

   c. Profound psychological and emotional loss;

   d. Pre-death fright and fear of impending death;

   e. Conscious pain and suffering;

   f. Loss of comfort, care, and society of Raven E. Lee; and

   g. Such other injuries, damages and losses described more fully herein and compensable at law under the Wrongful Death Act and the Survival Act, and the decisional law of this Commonwealth interpreting those acts.

13. Based upon a fair reading and interpretation of the Plaintiff's Complaint, he has set forth a claim in which he will be seeing damages in an amount in excess of the jurisdictional limit together with the interest and costs of prosecution.

14. Had this action been brought here initially, this Court would have had original jurisdiction over the subject matter under 28 U.S.C. §1332.

15. The instant Petition is filed within the period allowed by 28 U.S.C. §1446(b).  No other pleadings or orders have been served upon Defendant.

16. The statutory requirements having been met, the State action is properly removed to this Court.

Respectfully submitted,

JOHNSON, DUFFIE, STEWART & WEIDNER

By: *WManley*
John A. Statler, Esquire
Attorney I.D. No. 73812
Wade D. Manley, Esquire
Attorney I.D. No. 87244
301 Market Street
P.O. Box 109
Lemoyne, PA  17043-0109
(717) 761-4540
Attorneys for Defendant
O'Connor Trucking, Inc.

DATE:  September 7, 2021

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I served a true and correct copy of the foregoing document upon all parties or counsel of record via electronic mail and/or by depositing a copy of same in the United States Mail at Lemoyne, Pennsylvania, with first-class postage prepaid on the 7th of September 2021, addressed to the following:

Edward J. Ciarimboli, Esquire
Gregory E. Fellerman, Esquire
Michael J. O'Neill, Esquire
Corey S. Suda, Esquire
Fellerman & Ciarimboli Law, P.C.
183 Market Street, Suite 200
Kingston, PA 18704
ejc@714Hurt.com
gef@714Hurt.com
Moneill@fclawpc.com
csuda@fclawpc.com
***Counsel for Plaintiff***

By: _/s/ WManley_____
    John A. Statler, Esquire
    Attorney I.D. No. 73812
    Wade D. Manley, Esquire
    Attorney I.D. No. 87244
    301 Market Street, P.O. Box 109
    Lemoyne, PA  17043-0109
    (717) 761-4540
    Attorneys for Defendant
    O'Connor Trucking, Inc.